FILED
CLERK, U.S. DISTRICT COURT
JUN 14 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSEPH PAUL CASAS,<br><br>　　　　Defendant. | CR 19-00355-SVW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Distribution of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about August 12, 2015, in Los Angeles County, within the Central District of California, defendant JOSEPH PAUL CASAS knowingly distributed, through peer-to-peer software, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the videos were child pornography.

The child pornography that defendant CASAS distributed included the following videos:

1. (Luto) Peja_all (pedo gay pthc boy).wmv;
2. 12 Yo Russian Boy And Man.mpg;
3. Gay Pedo - Preteen-Zach1-man fucks 7yo boy.mpg; and
4. 000105.mpg.

```
 1                              COUNT TWO
 2                  [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]
 3         On or about January 21, 2016, in Los Angeles County, within the
 4   Central District of California, defendant JOSEPH PAUL CASAS knowingly
 5   possessed a MacBook Pro laptop, bearing serial number C02K61U6FGM8
 6   (the "MacBook"), which contained at least one image of child
 7   pornography, as defined in Title 18, United States Code, Section
 8   2256(8)(A), involving a prepubescent minor and a minor who had not
 9   attained 12 years of age, that had been mailed, and shipped and
10   transported using any means and facility of interstate and foreign
11   commerce and in and affecting interstate and foreign commerce by any
12   means, including by computer, knowing that the images were child
13   pornography.
14   //
15   //
16   //
17   //
18   //
19   //
20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   //
```

The child pornography that defendant CASAS possessed on the MacBook included, but was not limited to, videos titled:

1. girl10.mpg;
2. GOOD LITTLE BOYS P101 (pthc, gay, pedo) Mikael & his friend sucks Mikaels Daddy (2 cums !!!).mpg; and
3. Pthc - 9Yo Linda Takes Dad Up Ass And Sucks His Cum And Swallows.mpg.

A TRUE BILL

/S/

Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime Section

SARA B. MILSTEIN
Assistant United States Attorney
Violent & Organized Crime Section