NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SARA B. MILSTEIN (Cal. Bar No. 313370)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8611
     Facsimile: (213) 894-3713
     E-mail:    Sara.Milstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR19-00355-SVW |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF SARA B. MILSTEIN |
| v. | |
| JOSEPH CASAS, | **(UNDER SEAL)** |
| Defendant. | |

The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrant for the charged defendant) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//
//
//
//
//
//

## DECLARATION OF SARA B. MILSTEIN

I, Sara B. Milstein, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. JOSEPH CASAS, the indictment in which is being presented to a federal grand jury in the Central District of California on June 14, 2019.

2. Defendant has not been taken into custody on the charges contained in the indictment and has not been informed that he is being named as a defendant in the indictment to be presented to the grand jury on June 14, 2019. The likelihood of apprehending defendant might jeopardized if the indictment in this case were made publicly available before the defendant is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrant) be sealed and remain so until the defendant is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 5, 2019.



SARA B. MILSTEIN

1

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Sara B. Milstein.

Dated: June 5, 2019                    Respectfully submitted,

                                       NICOLA T. HANNA
                                       United States Attorney

                                       BRANDON D. FOX
                                       Assistant United States Attorney
                                       Chief, Criminal Division

                                       /s/ Sara B. Milstein
                                       _____
                                       SARA B. MILSTEIN
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA