```
1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   SARA B. MILSTEIN (Cal. Bar No. 313370)
4  Assistant United States Attorney
   Violent & Organized Crime Section
5       1300 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-8611
7       Facsimile: (213) 894-3713
        E-mail:    Sara.Milstein@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
JUN 14 2019
CENTRAL DISTRICT OF CA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR**CR19-00355-SVW** |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | **(UNDER SEAL)** |
| JOSEPH CASAS, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrant), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

_____6/14/19_____   _____
DATE                     HONORABLE
                         UNITED STATES MAGISTRATE JUDGE

1

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____           _____
DATE                                   HONORABLE
                                       UNITED STATES MAGISTRATE JUDGE