# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>JOSEPH PAUL CASAS<br>USMS# _____ PLAINTIFF<br>DEFENDANT | CASE NUMBER:<br>19CR-00355-SVW<br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: June 18, 2019   6:05   ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 2252A(a)(2)(A),(b)(1);  18 USC 2252A(a)(5)(B),(b)(2);  (Distr./Poss. of Child Pornography)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1990

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DEVIN THOMPKINS

10. Remarks (if any): N/A

11. Name: Richard W. Denny   (please print)

12. Office Phone Number: 661-810-7838

13. Agency: Federal Bureau of Investigation

14. Signature: /s/ Richard W. Denny

15. Date: June 18, 2019

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION