*United States Pretrial Services*

United States District Court
Central District of California



Michelle A. Carey
Chief Probation & Pretrial Services Officer

Douglas B. Bys
Deputy Chief Probation & Pretrial Services Officer



June 18, 2019

United States District Court
Los Angeles, California

              Re:    **Release Order Authorization**
                     **Defendant: CASAS, Joseph Paul**
                     **Docket No.: 2:19CR00355-01**

To Whom It May Concern:

On June 18, 2019, the defendant's bond was set by the Honorable Michael R. Wilner, U.S. Magistrate Judge. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in the Location Monitoring (LM) Program.

Please be advised that the defendant has been found acceptable for placement in the LM Program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Manuel Ibanez
U.S. Pretrial/Probation Officer
(213)894-4617

Headquarters

Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
213-894-4726 / FAX 213-894-0231

Riverside Branch

George E. Brown, Jr. Federal Building
and U.S. Courthouse
3470 Twelfth Street, Suite 161
Riverside, CA 92501-3801
951-328-4490 / FAX 951-328-4489

Santa Ana Branch

Ronald Reagan Federal Building
and U.S. Courthouse
411 West Fourth Street, Suite 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570