|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 19-00355-SVW |
|---|---|
| Plaintiff, | ORDER FOR AN ARREST WARRANT, ORDER REVOKING PRETRIAL RELEASE, AND ORDER OF DETENTION |
| v. | |
| JOSEPH PAUL CASAS, | |
| Defendant. | |

The Court has read and considered the government's motion for an arrest warrant, revoking pretrial release, and for an order of detention as to defendant JOSEPH PAUL CASAS ("defendant"). See ECF No. 40, et seq. The Court has also read and considered defendant's non-opposition to the government's motion. See ECF No. 45.

The Court hereby GRANTS the government's motion and finds that the government's motion, which this Court incorporates by reference into this Order, demonstrates: (1) there is probable cause that, by possessing child pornography while on bond in the instant case, defendant has violated California Penal Code Sections 311.4(d) and 12022.1(b); (2) pursuant to 18 U.S.C. § 3148(b), a rebuttable

presumption has arisen that there is no condition or combination of conditions of release that will assure that defendant will not flee or pose a danger to the safety of any other person or the community; (3) defendant has failed to rebut that presumption, and the Court finds that there is no condition or combination of conditions that will assure the community's safety given defendant's repeated and ongoing downloading and possession of child pornography; (4) a preponderance of the evidence shows that defendant is unlikely to abide by any condition or combination of conditions of release under Section 3148(b)(2)(B); and (5) there is clear and convincing evidence that, by possessing child pornography as well as numerous unauthorized devices that offer internet access, defendant has violated his conditions of pretrial release.

The Court further finds that the factors under 18 U.S.C. § 3142(g) favor detention. That is, detention is appropriate based on the nature of the charges; the weight of the evidence against the defendant; the defendant's character, community ties, employment, past conduct and criminal history; and the danger to the community that would be created by releasing the defendant on bail.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. A warrant for defendant's arrest shall issue.
2. Defendant's pretrial release is hereby revoked.
3. Defendant is ordered permanently detained.

IT IS SO ORDERED.

June 22, 2021
DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2